

2500 E TC Jester Blvd., Suite 285
Houston, Texas 77008
P  713 861 8833
F  713 682 8866

Jeffrey C. Jackson
jeff@jjacksonllp.com

February 11, 2022

Via Electronic Filing
United States District Clerk
515 Rusk Street
Houston, Texas 77002

  **Re:** **NOTICE OF LIS PENDENS FILING**
    Civil Action No. 4:22-cv-00086; *Allan Groves, as Trustee v. U.S. Bank, N.A., as Trustee, et al.,* in the U.S. District Court for the Southern District of Texas, Houston Division

Dear Clerk:

On this date February 11, 2022, a Notice of Lis Pendens was mailed for recording to the Fort Bend County Clerk's Office in the above-referenced matter.

Enclosed, please find an executed copy of the Notice of Lis Pendens attached hereto as **Exhibit A** for your reference.

Should you have any questions or concerns, please give me a call at 713-861-8833.

          Sincerely,

          **JEFFREY JACKSON & ASSOCIATES, PLLC**

          */s/  Jeffrey C. Jackson*
          **JEFFREY C. JACKSON**
          Texas State Bar No. 24065485
          Federal Admission No. 1024221
          2500 E. TC Jester Boulevard, Suite 285
          Houston, Texas 77008
          713-861-8833 (T)
          713-682-8866 (F)
          jeff@jjacksonllp.com

          ATTORNEYS FOR PLAINTIFF
          ALLAN GROVES, AS TRUSTEE FOR
          THE 1435 CRESCENT OAK TRUST

Encl.

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

## NOTICE OF LIS PENDENS

| | |
|---|---|
| **STATE OF TEXAS** | § |
| | § |
| **COUNTY OF FORT BEND** | § |

PLEASE TAKE NOTICE that there is a pending civil action in the 434th Judicial District Court of Fort Bend County, Texas, Cause No. 16-DCV-237591, styled *U.S. Bank, N.A., as Trustee, on Behalf of the Holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4, through its mortgage servicer Select Portfolio Servicing, Inc. v. Eddie L. Watson, Lake Olympia Civic Association, Jolem, LLC, and 1435 Crescent Oak Trust*, a pending appeal in the Fourteenth Court of Appeals of Texas at Houston, Cause No. 14-21-00362-CV, styled *1435 Crescent Oak Trust v. U.S. Bank, N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4, through its mortgage servicer, Select Portfolio Servicing, Inc.*, a pending civil action in the 434th Judicial District Court of Fort Bend County, Texas, Cause No. 21-DCV-289934, styled *Allan Groves, as Trustee for the 1435 Crescent Oak Trust v. U.S. Bank N.A., as Trustee, on Behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2006-WCM4 Asset Backed Pass-Through Certificates, Series 2006-WMC4; and Select Portfolio Servicing, Inc.*, and a pending civil action in the U.S. District Court for the Southern District of Texas, Houston Division, Cause No. 4:22-cv-00086, styled *Allan Groves, as Trustee for the 1435 Crescent Oak Trust v. U.S. Bank, N.A., as Trustee on Behalf of the*

**EXHIBIT A**

*Holders of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates Series 2006-WMC4; and Select Portfolio Servicing, Inc.*

This notice is regarding real property located at 1435 Crescent Oak Drive, Missouri City, Texas 77459, legally described as:

> **LOT SIXTEEN (16), IN BLOCK FOUR (4), OF CRESCENT OAK VILLAGE AT LAKE OLYMPIA, SECTION THREE (3), A SUBDIVISION IN FORT BEND COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED UNDER SLIDE NO. 1594/B OF THE PLAT RECORDS OF FORT BEND COUNTY, TEXAS.**

hereafter the "Property."

The above-described litigation involves claims, counterclaims, and defenses disputing the validity of the parties' respective alleged interests in the Property, the priority and validity of certain liens recorded against the Property, title to the Property, and the right to possession of the Property.

**DATED:** **February 11, 2022**

Respectfully submitted,

**JEFFREY JACKSON & ASSOCIATES, PLLC**

_____
**JEFFREY C. JACKSON**
Texas Bar No. 24065485
2500 E. TC Jester Boulevard, Suite 285
Houston, Texas 77008
713-861-8833 (T)
713-682-8866 (F)
jeff@jjacksonllp.com

ATTORNEY FOR THE CRESCENT OAK TRUST, ALLAN GROVES AS TRUSTEE

**SWORN AND SUBSCRIBED** before me by Jeffrey C. Jackson this 11th day of February, 2022, to certify which witness my hand and seal of office.

[Notary Seal: CHARLES DANIEL BROOKS, Notary Public, State of Texas, Comm. Expires 01-10-2026, Notary ID 133524854]

_____
Notary Public Signature

01-10-2026
_____
Commission Expiration

[SEAL]

**RETURN**: Jeffrey Jackson & Associates, PLLC, 2500 E. TC Jester Boulevard, Suite 285, Houston, Texas 77008