UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALLAN GROVES, AS TRUSTEE FOR THE 1435 CRESCENT OAK TRUST §§§§§§§§ *Plaintiff,* §§§§§§§§ v. §§§§§§§§ U.S. BANK, N.A., AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC4 ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2006-WMC4; AND SELECT PORTFOLIO SERVICING, INC. §§§§§§§§ *Defendants.* | CIVIL ACTION NO. 4:22-cv-00086 |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(2) EXPERT WITNESS DESIGNATION

Plaintiff Allan Groves, as Trustee for the 1435 Crescent Oak Trust ("Plaintiff"), hereby gives notice of service of his Expert Witness Designations as required by Federal Rules of Civil Procedure 26(a)(2) to counsel for Defendants U.S. Bank, N.A., as Trustee on Behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates Series 2006-WMC4 and Select Portfolio Servicing, Inc.

Respectfully submitted,

**JEFFREY JACKSON & ASSOCIATES, PLLC**

*/s/   Jeffrey C. Jackson*
**JEFFREY C. JACKSON**
Texas State Bar No. 24065485
Federal Admission No. 1024221

2500 E. TC Jester Boulevard, Suite 285
Houston, Texas 77008
713-861-8833 (T)
713-682-8866 (F)
jeff@jjacksonllp.com

ATTORNEY FOR PLAINTIFF
ALLAN GROVES, AS TRUSTEE FOR
THE 1435 CRESCENT OAK TRUST

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served, via the Court's CM/ECF System, USPS Certified Mail, Return Receipt Requested, and/or Facsimile Transmission, to all counsel and parties of record on this 29th day of April, 2022.

**Michael F. Hord Jr.**
mhord@hirschwest.com
**Eric C. Mettenbrink**
emettenbrink@hirschwest.com
HIRSCH & WESTHEIMER, P.C.
1415 Louisiana Street, 36th Floor
Houston, Texas 77002
713-220-9182 (T)
713-223-9319 (F)

*Attorneys for Defendants U.S. Bank, N.A., as Trustee on behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates Series 2006-WMC4 and Select Portfolio Servicing, Inc.*

/s/  *Jeffrey C. Jackson*
**JEFFREY C. JACKSON**