United States District Court
Southern District of Texas
**ENTERED**
June 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ALLAN GROVES, AS TRUSTEE FOR THE 1435 CRESCENT OAK TRUST** | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| **U.S. BANK, N.A., AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC4 ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2006-WMC4; AND SELECT PORTFOLIO SERVICING, INC.** | § § § § § § § § § § | **CIVIL ACTION NO. 4:22-cv-00086** |
| *Defendants.* | § § | |

## ORDER OF FINAL DISMISSAL WITHOUT PREJUDICE

The Court finds that Plaintiff, Allan Groves, as Trustee for the 1435 Crescent Oak Trust ("Groves"), and defendants, U.S. Bank, N.A. as Trustee on behalf of the Holders of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates Series 2006-WMC4 (the "2006-WMC4 Trust") and Select Portfolio Servicing, Inc. ("SPS") (together the "Defendants"), (all together the "Parties"), have stipulated that all of Groves' claims against Defendants are to be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with each party to bear their own costs, expenses, and attorneys' fees. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that all claims Groves asserted, or could have asserted, against Defendants in this lawsuit are hereby **DISMISSED WITHOUT PREJUDICE**; and it is further

1

**ORDERED, ADJUDGED, AND DECREED** that all costs, expenses, and attorney fees are to be borne by the party incurring same.

This is a final order that disposes of all claims and parties.

SIGNED ON: _____June 14_____, 2022.

_____
United States District Court Judge